UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SHEILA McMATH, | ) |
| :--- | :--- |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:17-CV-2288 JAR |
| CHRISTIAN JEHOVAH'S WITNESS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action. The motion is granted. Additionally, this action is dismissed as frivolous.

### Standard of Review

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Allegations are frivolous if they are delusional or based in fantasy. *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

### The Complaint

This is the fifth frivolous action that plaintiff has filed alleging that she has been subjected to "terrorism" by several individuals. *See McMath v. Woodford*, 4:15CV552 ERW (E.D. Mo.); *McMath v. Campbell*, 4:15CV853 AGF (E.D. Mo.); *McMath v. United States Immigration Department*, 4:15CV1860 JAR (E.D.Mo.); *McMath v. United States Immigration Department*; 4:17CV0150 JAR (E.D.Mo.).

In this case, plaintiff alleges that, "New immigrants 1990-2017- Exchange students. They have followed bank, court, restaurants . . . illegal reject my court proceeding case against

harassment terrorism." Plaintiff further claims that she has been oppressed by Jehovah Witnesses and received an eviction notice by her landlord. She asserts that it was generally illegal for unnamed entities to reject her an education and deny her grants. She states in a conclusory statement that she has been denied employment at various businesses in St. Louis, although she has not stated that the businesses acted unlawfully when they did so. It appears that plaintiff believes that her claims somehow relate to the "illegal immigrants" or the "Jehovah's Witnesses."

## Discussion

The allegations in the complaint are delusional and based entirely in fantasy. Therefore, this case must be dismissed under 28 U.S.C. § 1915(e) just as the four prior cases were before this one.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. # 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #2] is **DENIED AS MOOT**.

An Order of Dismissal will be filed separately.

Dated this 8th day of September, 2017.

                                                JOHN A. ROSS
                                                UNITED STATES DISTRICT JUDGE